### MYERS v. BERNSTEIN.

LITTLE, J.  1.  Evidence showing that when a defendant in fi. fa. delivered cotton to a warehouseman, he directed it stored in the name of his wife and stated that it belonged to her, was, on the trial of an issue raised by a claim interposed by the wife after the cotton had been levied upon as the husband's property, admissible as a declaration accompanying the act of delivery.

2.  When this case was before this court at the March term, 1896, upon a writ of error sued out to the rulings in a former trial, it was held that the evidence did not warrant a verdict finding the property subject.  99 *Ga.* 90.  Substantially the case is the same as before; the addition to the plaintiff's evidence found in the record is not sufficient to require a different ruling, and the court therefore committed no error in directing a verdict for the claimant.     *Judgment affirmed.  All the Justices concurring.*

Argued June 23, — Decided July 10, 1897.

Garnishment and claim.  Before Judge Cobb.  City court of Athens.  August term, 1896.

*E. S. Price* and *J. J. Strickland*, for plaintiff.
*H. C. Tuck* and *G. C. Thomas*, contra.

---

### ELLIS v. THE STATE.

FISH, J.  The evidence fully warranted the verdict, and there was no error at the trial.     *Judgment affirmed.  All the Justices concurring.*

Argued July 5, — Decided July 14, 1897.

Indictment for assault and battery.  Before Judge Gamble.  Bulloch superior court.  April term, 1897.

*Groover & Johnston* and *H. B. Strange*, for plaintiff in error.
*B. T. Rawlings*, solicitor-general, contra.